1
2
3
4
5
6
7
8
9
10

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LOEC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZIPPMARK, INC., a Delaware corporation; and ZIPPO MANUFACTURING COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 2:14-cv-02596 RGK (FFMx)<br><br>Assigned to Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>**[RULE 41]**<br><br>Trial Date:  May 12, 2015<br>Time:        9:00 a.m.<br>Place:       Courtroom 850<br>             Hon. R. Gary Klausner |
| ZIPPMARK, INC., a Delaware corporation; and ZIPPO MANUFACTURING COMPANY, a Pennsylvania corporation,<br><br>Counterclaimants,<br><br>v.<br><br>LOEC, INC., a Delaware corporation,<br><br>Counterdefendant. | |
| AND ALL RELATED ACTIONS | |

28

1      Based on the Stipulation for Dismissal of the Entire Action with Prejudice by

2  Plaintiff and CounterDefendants LOEC, Inc. and Lorillard Technologies, Inc., on the

3  one hand, and Defendants and Counterclaimants ZippMark, Inc. and Zippo

4  Manufacturing Company, on the other hand (collectively, the "Parties"), and pursuant

5  to Federal Rule of Civil Procedure 41,

6      **IT IS HEREBY ORDERED** that, pursuant to a confidential settlement

7  agreement entered into by all the Parties, all claims and counterclaims alleged in this

8  action are DISMISSED with prejudice, with each party bearing its own fees and

9  costs.  The Court retains jurisdiction solely for the purpose of enforcing the terms of

10 the confidential settlement agreement.

11

12     **IT IS SO ORDERED.**

13

14 DATED: May 04, 2015                          _____

15                                              Honorable R. Gary Klausner
                                                United States District Court Judge
16

17

18

19

20

21

22

23

24

25

26

27

28